IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward Chaney, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 2736 C.D. 2015 |
| | : | |
| Fairmount Park Real Estate | : | |
| Corporation and HCFD Real Estate | : | |
| Corporation (Amended by Stipulation | : | |
| and Order to "HCFD Auctioneering | : | |
| Corporation") and Terry Crockett | : | |
| (Dismissed by Agreement) and | : | |
| Commonwealth of Pennsylvania | : | |
| State Real Estate Commission, as | : | |
| Administrator of the Real Estate | : | |
| Recovery Fund | : | |

PER CURIUM

O R D E R

AND NOW, this 21st day of February, 2017, it is ordered that the above-captioned opinion filed on December 1, 2016, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.